# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FIRSTMERIT BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 cv 03712 |
| | ) | |
| v. | ) | Judge: Elaine E. Bucklo |
| | ) | |
| HEIDENREICH TRUCKING COMPANY, | ) | Magistrate: Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## NOTICE OF BANKRUPTCY FILING

**PLEASE TAKE NOTICE THAT** on June 21, 2011, an involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code was filed against William J. McEnery, in his personal capacity, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, which bankruptcy case is pending as Case No. 11-25934. Mr. McEnery is the judgment debtor and any funds recovered pursuant to this action would be part of any bankruptcy estate. Accordingly, this matter should be stayed pursuant to 11 U.S.C. § 362.

Dated: June 24, 2011

HEIDENREICH TRUCKING COMPANY

By: THE WILLIAM J. MCENERY
REVOCABLE TRUST
Its Parent Entity

By: s/ Daniel A. Zazove
One of Its Attorneys

Daniel A. Zazove, ARDC 03104117
Kathleen A. Stetsko, ARDC No. 06297704
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
312.324.8400

## **CERTIFICATE OF SERVICE**

Daniel A. Zazove, an attorney, hereby certifies that on June 24, 2011 he served a copy of the foregoing Notice of Bankruptcy Filing on the parties listed below via the listed service.

*Attorneys for plaintiff*
Cornelius P. Brown
Amy E. Daleo
Cohon Raizes & Regal, LLP
208 S. LaSalle St., Suite 1860
Chicago IL 60604
**Via Court ECF Notice**